**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02847-AP

THUY NGUYEN,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Francis K. Culkin | JOHN F. WALSH |
| 3801 East Florida Avenue, Suite 400 | United States Attorney |
| Denver, Colorado 80210 | |
| Phone: 303-830-1110 | J.B. GARCÍA |
| Fax: 303-863-9221 | Assistant United States Attorney |
| fculkinesq@aol.com | District of Colorado |
| | |
| | DANIEL E. BURROWS |
| | Special Assistant U.S. Attorney |
| | Social Security Administration, Region VIII |
| | Office of the General Counsel |
| | 1001 17th St |
| | Denver, CO 80202 |
| | (303) 844-7356 |
| | daniel.burrows@ssa.gov |

- 1 -

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     Date Complaint Was Filed:                              October 26th, 2012.

    **B.**     Date Complaint Was Served on U.S. Attorney's Office:   October 31st, 2012.

    **C.**     Date Answer and Administrative Record Were Filed:    December 28th, 2012.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Counsel for Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**7.     OTHER MATTERS**

There are no other matters anticipated.

**8.     BRIEFING SCHEDULE**

    **A.**     **Plaintiff's Opening Brief Due:**              February 21st, 2013.

    **B.**     **Defendant's Response Brief (If Any) Due:**    March 25th, 2013.

    **C.**     **Plaintiff's Reply Brief (If Any) Due:**       April 9th, 2013.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.     Plaintiff's Statement:  Plaintiff requests oral argument because Plaintiff's counsel believes it will allow the representatives' of both parties to fully explore the legal and factual issues pending before this Court.**

**B.     Defendant's Statement: Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 17th  day of January, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                              **UNITED STATES ATTORNEY**

*s/Francis K. Culkin*                                     *s/ Daniel E. Burrows*
Francis K. Culkin, Esq.                              By: DANIEL E. BURROWS
3801 E. Florida Ave., Suite 400                 Special Assistant U.S. Attorney
Denver, Colorado 80210                           Social Security Administration, Region VIII
Telephone: (303) 830-1110                       Office of the General Counsel
Facsimile: (303) 863-9221                         1001 17th Street
Email: fculkinesq@aol.com                       Denver, Colorado 80202
Attorney for Plaintiff                                   Telephone: (303) 844-7356
                                                                   Email: daniel.burrows@ssa.gov
                                                                   Attorney(s) for Defendant