**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02847-AP

THUY NGUYEN,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Francis K. Culkin
3801 East Florida Avenue, Suite 400
Denver, Colorado 80210
Phone: 303-830-1110
Fax: 303-863-9221
fculkinesq@aol.com

For Defendant:
JOHN F. WALSH
United States Attorney

J.B. GARCÍA
Assistant United States Attorney
District of Colorado

DANIEL E. BURROWS
Special Assistant U.S. Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

- 1 -

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed:    October 26th, 2012.

    B.    Date Complaint Was Served on U.S. Attorney's Office:    October 31st, 2012.

    C.    Date Answer and Administrative Record Were Filed:    December 28th, 2012.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Counsel for Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:**    February 21st, 2013.

    B.    **Defendant's Response Brief (If Any) Due:**    March 25th, 2013.

    C.    **Plaintiff's Reply Brief (If Any) Due:**    April 9th, 2013.

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

**A.   Plaintiff's Statement: Plaintiff requests oral argument because Plaintiff's counsel believes it will allow the representatives' of both parties to fully explore the legal and factual issues pending before this Court.**

**B.   Defendant's Statement: Defendant does not request oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 17th day of January, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                   **UNITED STATES ATTORNEY**

*s/Francis K. Culkin*                         *s/ Daniel E. Burrows*
Francis K. Culkin, Esq.                     By: DANIEL E. BURROWS
3801 E. Florida Ave., Suite 400             Special Assistant U.S. Attorney
Denver, Colorado 80210                      Social Security Administration, Region VIII
Telephone: (303) 830-1110                   Office of the General Counsel
Facsimile: (303) 863-9221                   1001 17th Street
Email: fculkinesq@aol.com                   Denver, Colorado 80202
Attorney for Plaintiff                      Telephone: (303) 844-7356
                                            Email: daniel.burrows@ssa.gov
                                            Attorney(s) for Defendant